UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-23893-CIV-WILLIAMS/SIMONTON

KIMBERLEY I. ROWE,

    Plaintiff,

v.

AMTRUST NORTH AMERICA OF FLORIDA, INC.,

    Defendant.
_____/

## JOINT STIPULATION TO DISMISS LAWSUIT WITH PREJUDICE

Pursuant to Federal Rule 41(a)(1)(A)(ii), Plaintiff, Kimberley I. Rowe ("Plaintiff"), and Defendant, AmTrust North America of Florida, Inc. ("Defendant") (collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, hereby stipulate to a voluntary dismissal of the above-entitled action in its entirety, with prejudice as to all claims, and with each party to bear its own costs and attorneys' fees, and with a further full and complete waiver of all rights of and on appeal.

[REMAINDER OF PAGE INTENTIONALLY LEFT SHORT]

16-23893-CIV-WILLIAMS/SIMONTON

Dated: January 13, 2017
Miami, Florida

Respectfully submitted,

| | |
|---|---|
| By: s/Brian H. Pollock | By: s/Jennifer A. Schwartz |
| Brian H. Pollock, Esq. (174742) | Jennifer A. Schwartz, Esq. (502431) |
| E-mail: brian@fairlawattorney.com | *Jennifer.schwartz@jacksonlewis.com* |
| | Naveen Paul, Esq. (98059) |
| | *Naveen.paul@jacksonlewis.com* |
| | |
| FAIRLAW FIRM | JACKSON LEWIS P.C. |
| 7300 N. Kendall Drive, Suite 450 | One Biscayne Tower, Suite 3500 |
| Miami, FL 33156 | 2 South Biscayne Boulevard |
| Telephone: (305) 230-4884 | Miami, Florida 33131 |
| Facsimile: (305) 230-4844 | Tel.: (305) 577-7600 |
| | Fax: (305) 373-4466 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of January 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF

                                             s/Naveen Paul
                                             Naveen Paul, Esq.